No. 10–9864. URENA-GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9875. ARMSTRONG v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9878. BELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–9894. BLOUNT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–405. SIEFERT, JUDGE, CIRCUIT COURT OF WISCONSIN, MILWAUKEE COUNTY, FIRST JUDICIAL ADMINISTRATIVE DISTRICT v. ALEXANDER ET AL. C. A. 7th Cir. Motion of Center for Constitutional Jurisprudence for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 10–9797. DOUGLAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–9832. KOSACK v. UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9844. DUONG-CAM TRAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–9849. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9882. TURPIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7797. ANDERSON v. CLINE, WARDEN, ET AL., 562 U. S. 1227;

No. 10–7920. LARSON v. WILSON, WARDEN, 562 U. S. 1229;

No. 10–8100. FREE v. UNITED STATES, 562 U. S. 1235;

No. 10–8281. ALLEN v. ILLINOIS, 562 U. S. 1276;

No. 10–8309. STUDY v. UNITED STATES ET AL., 562 U. S. 1260;